CLONINGER AND WIFE v. RHODES et al.

APPEAL FROM POPE CIRCUIT COURT.

HON. W. N. MAY, *Circuit Judge.*

*Clark & Williams,* for Appellees.

HARRISON, J.—The appeal in this case was taken in the court below, on the 13th day of October, 1870, but the appellant has filed no transcript of the record and proceedings of the cause, in this court. The appellee has filed a motion to dismiss the appeal. The appeal is dismissed.